IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **MATTIE T. DOTSON,** | : |
| Plaintiff, | : |
| vs. | : |
| | CIVIL ACTION 08-0095-CG-M |
| **MICHAEL J. ASTRUE,** Commissioner of Social Security, | : |
| | : |
| Defendant. | : |

## **ORDER**

After due and proper consideration of all pleadings in this file, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is **ORDERED** that the decision of the Commissioner be **REVERSED** and that this action be **REMANDED** for further proceedings not inconsistent with the Orders of this Court.

**DONE and ORDERED** this 18th day of November, 2008.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE