IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **MATTIE T. DOTSON,** | : |
| Plaintiff, | : |
| vs. | : |
| | CIVIL ACTION 08-0095-CG-M |
| **MICHAEL J. ASTRUE,** | : |
| Commissioner of | |
| Social Security, | : |
| Defendant. | : |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED, ADJUDGED** and **DECREED** that the decision of the Commissioner of Social Security denying claimant benefits be reversed and remanded to the Commissioner, pursuant to sentence four of 42 U.S.C. § 405(g), see Melkonyan v. Sullivan, 501 U.S. 89, 111 S.Ct. 2157, 115 L.Ed.2d 78 (1991), for further proceedings not inconsistent with this decision.  The remand pursuant to sentence four of Section 405(g) makes the plaintiff a prevailing party for purposes of the Equal Access to Justice Act, 28 U.S.C. § 2412,  Shalala v. Schaefer, 509 U.S. 292, 112 S.Ct. 2625, 125 L.Ed.2d 239 (1993), and terminates this Court's jurisdiction over this matter

**DONE and ORDERED** this 18th day of November, 2008.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE