IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **MATTIE T. DOTSON,** | : |
| | : |
| **Plaintiff,** | : |
| | : |
| vs. | : CIVIL ACTION 08-0095-CG-M |
| | : |
| **MICHAEL J. ASTRUE,** | : |
| **Commissioner of** | : |
| **Social Security,** | : |
| | : |

## ORDER

After due and proper consideration of all pleadings in this file, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is **ORDERED** that Plaintiff's attorney's Motion for Award of Attorney's Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, be and is hereby **GRANTED**. Plaintiff is hereby **AWARDED** an EAJA attorney's fee in the amount of $2,000.00.

**DONE** and **ORDERED** this 27th day of January, 2009.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE