IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **MATTIE T. DOTSON,** | : |
| | : |
| **Plaintiff,** | : |
| | : |
| vs. | : CIVIL ACTION 08-0095-CG-M |
| | : |
| **MICHAEL J. ASTRUE,** | : |
| **Commissioner of** | : |
| **Social Security,** | : |
| | : |

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that Plaintiff's attorney's Motion for Award of Attorney's Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, be and is hereby **GRANTED**. Plaintiff is hereby **AWARDED** an EAJA attorney's fee in the amount of $2,000.00. No costs are taxed.

**DONE** and **ORDERED** this 27th day of January, 2009.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE